**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

CRIMINAL ACTION NO. 16-9-DLB-EBA

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

HERBERT S. CHRISTENSEN, JR.,                              DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the February 7, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Herbert S. Christensen, Jr.'s supervised release and impose a sentence of twenty-four (24) months incarceration, with no supervised release to follow. (Doc. # 15). During the Final Revocation Hearing, conducted by Judge Atkins on January 30, 2018, the Defendant stipulated to the allegations contained in the Violation Report. (Doc. # 13).

Defendant having executed a waiver of his right to allocution (Doc. # 14), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 15) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **twenty-four (24) months**, with credit for time served, and with no term of supervised release to follow;

(5) The Court recommends that Defendant be designated to a Bureau of Prisons facility near Butner, North Carolina; and

(6) A Judgment shall be entered concurrently herewith.

This 1st day of March, 2018.

Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2016\16-09 Order Adopting R&R Re SRV.docx